DEBRA WEISSMAN, Appellant, v RONALD WEISSMAN, Respondent.

Submitted April 19, 2010; decided June 17, 2010

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.